IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CHARLES STEPHEN STRIEGEL, # 167275, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CASE NO.  2:18-CV-456-WKW [WO] |
| CLIFF WALKER, LYN HEAD, TERRY G. DAVIS, ASKISHA JONES, and STACEY BROWN, | ) ) ) ) | |
| Defendants. | ) | |

## **ORDER**

Upon consideration of Plaintiff's Motion to Dismiss Without Prejudice (Doc. # 18), it is ORDERED that the motion is GRANTED.  Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, it is ORDERED that this action is DISMISSED without prejudice.

Final judgment will be entered separately.

DONE this 2nd day of August, 2018.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE
